UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NO.: 1:23-cv-00423-GSA<br><br>**ORDER GRANTING EAJA FEES**<br><br><br>(Doc. 18) |

　　　As stipulated, Doc. 18, it is ORDERED that Plaintiff is awarded attorney fees and expenses of $5,699.64 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs subject to the terms set forth in the stipulation dated August 8, 2024.

IT IS SO ORDERED.

　　Dated:   **August 9, 2024**　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE